[No. 57456-6-I.   Division One.   April 2, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. RANAE
TOEOFAIHLOTO NAITOKO, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 04-1-09794-7, Sharon S. Armstrong, J., entered
December 15, 2005. *Affirmed* by unpublished per curiam
opinion.

[No. 57478-7-I.   Division One.   April 2, 2007.]

SOUND BUILT HOMES, INC., *Respondent*, v. DALE ALAN LAND
DEVELOPMENT COMPANY, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 04-2-09599-9, Steven C. Gonzalez, J., entered
December 19, 2005. *Affirmed* by unpublished opinion per
Ellington, J., concurred in by Schindler, A.C.J., and
Dwyer, J.

[No. 57679-8-I.   Division One.   April 2, 2007.]

MUTUAL OF ENUMCLAW INSURANCE COMPANY, *Appellant*, v. T&G
CONSTRUCTION, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 04-2-23988-5, Julie Spector, J., entered June 13
and August 8, 2005. *Reversed* and *remanded* by unpub-
lished opinion per Schindler, J., concurred in by Appelwick,
C.J., and Cox, J.

[No. 59054-5-I.   Division One.   April 2, 2007.]

ROBERT TRIMBLE ET AL., *Appellants*, v. HOLMES HARBOR SEWER
DISTRICT ET AL., *Defendants*, PRUDENTIAL EQUITY GROUP,
LLC, *Respondent*.

Appeal from a judgment of the Superior Court for Island
County, No. 01-2-00751-8, Alan R. Hancock, J., entered
February 1, 2006. *Affirmed* by unpublished opinion per
Coleman, J., concurred in by Appelwick, C.J., and Baker, J.